1
2
3                                     **JS-6**
4
5
6                    UNITED STATES DISTRICT COURT
7                   CENTRAL DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| NIKO MCCLAREN,          ) | Case No. EDCV 13-01176-VAP |
|                         ) | (DTBx) |
|           Plaintiff,    ) | |
|                         ) | **JUDGMENT** |
|      v.                 ) | |
|                         ) | |
| THE UNITED STATE OF     ) | |
| AMERICA, OFFICER JASON  ) | |
| KUPKA, AND DOES 1       ) | |
| THROUGH 10, INCLUSIVE,  ) | |
|                         ) | |
|           Defendants.   ) | |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on March 25, 2014, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE to the filing an action in against Defendant Jason Kupka in the California Superior Court. The Court orders that such judgment be entered.

Dated: March 25, 2014
       NUNC PRO TUNC

_____
VIRGINIA A. PHILLIPS
United States District Judge